UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANGIE ESPINAL,

                Plaintiff,

    - against -

BEZEL INC.,

                Defendant.

24-cv-8068 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **January 6, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
           October 24, 2024

                                      John G. Koeltl
                               United States District Judge